# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| ESTATE OF WAYNE BRUNETTE by<br>BARBARA BRUNETTE, as Personal<br>Representative and Administratrix of the<br>ESTATE OF WAYNE BRUNETTE, and<br>BARBARA BRUNETTE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT; CITY<br>OF BURLINGTON POLICE DEPARTMENT,<br>CHIEF MICHAEL SCHIRLING, in his<br>Individual and Official Capacities; CPL.<br>ETHAN THIBAULT; in his Individual and<br>Official Capacities; CPL. BRENT NAVARI, in<br>his Individual and Official Capacities.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:15-cv-61 |

## <u>SCHEDULE OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS AND STATEMENT OF UNDISPUTED MATERIAL FACTS</u>

The following Exhibits are submitted in support of Defendant's Motion to Dismiss and Statement of Undisputed Material Facts:

Exhibit A:  Affidavit of Deputy Chief Jannine Wright

Attachment 1: Vermont State Police Casebook

| | |
|---|---|
| (a) | Call to BPD |
| (b) | Radio calls |
| (c) | Cpl. Brent Navari Sworn Statement |
| (d) | Cpl. Ethan Thibault Sworn Statement |
| (e) | Raymond Little Sworn Statement |
| (f) | Mary Little Sworn Statement |
| (g) | J1 Sworn Statement |
| (h) | J2 Sworn Statement |
| (i) | Kelly Medlar Statement |
| (j) | Marcus Medlar Sworn Statement |
| (k) | Ruthine "Dolly" Statement |
| (l) | Lawrence Brunette Statement |

Downs
Rachlin
Martin PLLC

(m)    Initial On-Scene Interviews (Mary Little)
(n)    Crime Scene Photographs

Attachment 2: Howard Mental Health Comprehensive Mental Health Training Materials

Attachment 3: Cpl. Brent Navari Training Record

Attachment 4: Cpl. Ethan Thibault Training Record

Attachment 5: BPD Directive DD 05:  Response to Resistance/Use of Force

Attachment 6: BPD Directive DD 13.02:  Interacting with Persons with Disabilities

Exhibit B:      Affidavit of Vermont State Police Det. Sgt. Darren Annis

Exhibit C:      Affidavit of Kelly Medlar

Exhibit D:      Affidavit of Ruthine "Dolly" Brunette

Exhibit E:      Affidavit of Lawrence Brunette

Exhibit F:      Affidavit of Investigator David Troidl

Attachment 1:  Diagram of 85 Randy Lane

Attachment 2:  Selected crime scene photos from VSP casebook, See Subpart (n) to
Attachment 1 to Exhibit A, Affidavit of Deputy Chief Jannine Wright.

Attachment 3:  Photographs of 85 Randy Lane

Exhibit G:      Affidavit of Kenneth Wallentine

Exhibit H:      Affidavit of Chief Michael Schirling

Exhibit I:      Affidavit of Vermont State Police Detective Sgt. Jeremy Hill

Exhibit J:      Affidavit of Mary Little

Exhibit K:      Affidavit of Detective Sergeant Jeremy Hill

Downs
Rachlin
Martin PLLC

2

Burlington, Vermont

June 8, 2015

DOWNS RACHLIN MARTIN PLLC

By:      /s/ Tristram J. Coffin
        Tristram J. Coffin
        199 Main Street
        P.O. Box 190
        Burlington, VT 05402-0190
        Tel. 802-863-2375

16001372.1

Downs
Rachlin
Martin PLLC