UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF WAYNE BRUNETTE by BARBARA BRUNETTE, as Personal Representative and Administratrix of the ESTATE OF WAYNE BRUNETTE, and BARBARA BRUNETTE, Individually. <br><br>                    Plaintiffs, <br><br>     v. <br><br> CITY OF BURLINGTON, VERMONT; CITY OF BURLINGTON POLICE DEPARTMENT, CHIEF MICHAEL SCHIRLING, in his Individual and Official Capacities; CPL. ETHAN THIBAULT; in his Individual and Official Capacities; CPL. BRENT NAVARI, in his Individual and Official Capacities. <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:15-cv-61 |

## DISCOVERY CERTIFICATE

I, Jennifer E. McDonald, attorney for Defendants, certify that on February 7, 2017, Defendants served Defendants' Second Set of Requests for Production to Plaintiffs, by electronic mail and first class mail to:

    Steven A. Adler, Esq.
    Adler & McCabe
    P.O. Box Main Street, Suite 104
    St. Johnsbury, Vermont 05819

    Richard Goldsborough, Esq.
    Kirkpatrick & Goldsborough PLLC
    1233 Shelburne Road Suite E-1
    South Burlington, Vermont 05403

Downs
Rachlin
Martin PLLC

February 7, 2017                    DOWNS RACHLIN MARTIN PLLC

By:   /s/ Jennifer E. McDonald
Tristram J. Coffin
Jennifer E. McDonald
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Fax: 802-862-7512

ATTORNEYS FOR DEFENDANTS CITY OF BURLINGTON, VERMONT; CHIEF MICHAEL SCHIRLING, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; CPL. ETHAN THIBAULT; IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; CPL. BRENT NAVARI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I electronically filed a true copy of this Discovery Certificate with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:   /s/ Jennifer E. McDonald

17257114.1