UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF WAYNE BRUNETTE by BARBARA BRUNETTE, as Personal Representative and Administratrix of the ESTATE OF WAYNE BRUNETTE, and BARBARA BRUNETTE, Individually.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT; CITY OF BURLINGTON POLICE DEPARTMENT, CHIEF MICHAEL SCHIRLING, in his Individual and Official Capacities; CPL. ETHAN THIBAULT; in his Individual and Official Capacities; CPL. BRENT NAVARI, in his Individual and Official Capacities.<br><br>    Defendants. | Case No. 2:15-cv-61 |

## DISCOVERY CERTIFICATE

I, Tristram J. Coffin, attorney for Defendants, certify that on February 21, 2017, Defendants served a Notice of Deposition of Kenneth Katsaris by mailing copies thereof to:

Richard Goldsborough, Esq.
Kirkpatrick & Goldsborough PLLC
1233 Shelburne Road Suite E-1
South Burlington, Vermont 05403

Steven A. Adler, Esq.
Adler & McCabe
P.O. Box Main Street, Suite 104
St. Johnsbury, Vermont 05819

Downs
Rachlin
Martin PLLC

Case 2:15-cv-00061-cr   Document 82   Filed 02/21/17   Page 2 of 2

| | |
|---|---|
| February 21, 2017 | DOWNS RACHLIN MARTIN PLLC |
| | By: /s/ Tristram J. Coffin |

Tristram J. Coffin
Jennifer E. McDonald
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Fax: 802-862-7512

ATTORNEYS FOR DEFENDANTS CITY OF BURLINGTON, VERMONT; CITY OF BURLINGTON POLICE DEPARTMENT; CHIEF MICHAEL SCHIRLING, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; CPL. ETHAN THIBAULT; IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; CPL. BRENT NAVARI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, I electronically filed a true copy of this Discovery Certificate with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Tristram J. Coffin

17286095.1

Downs Rachlin Martin PLLC

2