# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF WAYNE BRUNETTE, by ) <br> BARBARA BRUNETTE, as personal ) <br> representative and administratrix of the ) <br> ESTATE OF WAYNE BRUNETTE, and ) <br> BARBARA BRUNETTE, individually, ) <br>                 Plaintiffs ) <br> v. <br> CITY OF BURLINGTON, VERMONT; ) <br> CITY OF BURLINGTON POLICE ) <br> DEPARTMENT, CHIEF MICHAEL ) <br> SCHIRLING, in his individual and ) <br> official capacities; CPL. ETHAN ) <br> THIBAULT, in his individual and official ) <br> capacities; CPL. BRENT NAVARI, in his ) <br> individual and official capacities, ) <br>                 Defendants | CIVIL NO. 2:15-CV-61 |

## CERTIFICATE OF SERVICE

I hereby certify that on the __21__ day of June, 2017 I emailed a copy of the following documents, to counsel of record for the Defendants, Tristram J. Coffin, Esq. and Jennifer E. McDonald, Esq., Downs Rachlin Martin, PLLC, P.O. Box 190, Burlington VT 05402-0190:

1. Plaintiff's Notice of Deposition of John "Jack" Ryan.

Dated at St. Johnsbury, Vermont, on this __21__ day of June, 2017.

                ADLER & McCABE, PLC
                Attorneys for Plaintiff
                ESTATE OF WAYNE BRUNETTE, by
                BARBARA BRUNETTE, as personal
                representative and administratrix of the
                ESTATE OF WAYNE BRUNETTE, and
                BARBARA BRUNETTE, individually,
                                            Plaintiffs

By: _____
                Steven A. Adler, Esq.
                Sadler@adlerandmccabe.com

c: Richard R. Goldsborough, Esq.

LAW OFFICES OF
ADLER & McCABE
PLC
P. O. BOX 189
ST. JOHNSBURY, VT
05819