# EXHIBIT A

```
                UNITED STATES DISTRICT COURT
                     DISTRICT OF VERMONT
------------------------------------
ESTATE OF WAYNE BRUNETTE, by    )
BARBARA BRUNETTE, as personal   )
representative and administratrix)
of the ESTATE OF WAYNE BRUNETTE,)
and BARBARA BRUNETTE,           )
individually,                   )
          Plaintiffs,           )
   vs.                          )
CITY OF BURLINGTON, VERMONT;    )
CITY OF BURLINGTON POLICE       )
DEPARTMENT; CHIEF MICHAEL       )
SCHIRLING, in his individual    )
and official capacities, CPL.   )
ETHAN THIBAULT, in his          )
individual and official         )
capacities; CPL. BRENT NAVARI,  )
in his individual and official  )
capacities,                     )
          Defendants.           )
------------------------------------
```

                   DEPOSITION OF RUTHINE BRUNETTE
                   taken on June 3, 2016, at 11:24
                   at the offices of Downs, Rachlin &
                      Martin, Burlington, Vermont.

APPEARANCES:
STEVEN A. ADLER, ESQ., of the firm of Adler &
McCabe, St. Johnsbury, Vermont, on behalf of the
plaintiffs;

TRISTRAM COFFIN, ESQ., and JENNIFER MCDONALD,
ESQ., of the firm of Downs, Rachlin & Martin,
Burlington, Vermont, on behalf of the defendants;

                       DEPOS UNLIMITED
                         P.O. BOX 4595
                   BURLINGTON, VERMONT 05406
                          802-658-1188
                       depos2@gmavt.net

Page 14

```
 1    Q.      And then after that, you have been at
 2    your current residence?
 3    A.      We went to the house.
 4    Q.      At 85 Randy Lane?
 5    A.      Yes.
 6    Q.      And that, you have seen that
 7    neighborhood kind of grow and grow?
 8    A.      Yes.
 9    Q.      And that is where you raised your
10    family?
11    A.      Yes.
12    Q.      Now, drawing your attention back to
13    the event of November 6, 2013.  You had
14    called the police because Wayne had been
15    cutting down part of your apple tree, and you
16    wanted some help, is that right?
17    A.      Yes.
18    Q.      And he had come down and cut down a
19    portion of the apple tree; then you kind of
20    chased him into his apartment?
21    A.      Right.
22    Q.      But he said he was going to come
23    down and cut the rest of it, is that right?
24    A.      Yes.  But I didn't call the police
25    until I called Barbara.  I called Barbara
```

```
 1     about that conversation?
 2     A.      I told her what he was doing.  And
 3     she said, Well, she said, he has been acting
 4     terrible; she says, I want you to call the
 5     police.
 6     Q.      Okay.
 7     A.      I said okay.  So I called the police;
 8     and they came.  And then --
 9     Q.      Let me ask you this, though.  You
10     have said that you called Barbara pretty soon
11     after you encountered him having cut down the
12     tree, is that right?
13     A.      Yes.
14     Q.      I understand that was about 3:30 in
15     the afternoon?
16     A.      Yes.  It was around that time, yes.
17     Q.      And you didn't call the police until
18     about 4:30 in the afternoon.  Does that jibe
19     with your memory?
20     A.      No.  I don't remember that.  To me, I
21     called Barbara; she told me to call the cops.
22     And I called them, and they came over.  I
23     don't know how long it took them to come to
24     the house; I don't remember that.
25     Q.      But the police came fairly soon
```

```
 1     Q.     Did they do that in an angry,
 2     commanding tone?
 3     A.     No.
 4     Q.     Kind of conversational?
 5     A.     Yes.  Just general, you know, just
 6     said, Mr. Brunette, would you please come
 7     down; we would like to talk to you.
 8     Q.     Okay.  And at that point was Officer
 9     Thibault still standing next to you and your
10     husband?
11     A.     No.  They were down on the sidewalk.
12     Q.     He had moved down the sidewalk, is
13     that right?
14     A.     Yes.
15     Q.     Had he gone along the sidewalk, past
16     -- towards your driveway?  Past the walkway
17     from the front door, towards your driveway?
18     A.     I don't remember that, no.  I do
19     remember them being down on the sidewalk.
20     But how far they went down, I don't recall.
21     Q.     Okay; gotcha.
22            And I'm going to show you an exhibit
23     that is marked as number 55.  Does that
24     appear to be a photograph of your house at 85
25     Randy Lane?
```

```
 1      A.      Yes.
 2      Q.      And you talk about in the statement
 3   him poking the officer in the chest with it;
 4   not actually hitting him, but coming close?
 5      A.      He was jousting.  He didn't -- well,
 6   he was close enough, I would be scared.
 7      Q.      If you had been one of the officers,
 8   you would have been scared about him hitting
 9   him?
10              MR. ADLER:  Objection.
11      A.      Well, I can't say what they were
12   doing.
13      Q.      I know.  But what I am saying is, if
14   you had been one of the officers, and he was
15   confronting you in the way you describe, you
16   would have been scared?
17              MR. ADLER:  Objection.
18      A.      I don't know.  I can't speak for
19   them.  If I was an officer there myself, I
20   don't know what I would have done.
21      Q.      But he was making a poking motion
22   towards the officer's chest, is that right?
23      A.      Yes, he was like that.
24      Q.      And you described how close they were
25   in your statement as being, you know, no
```

Page 29

```
 1     way that --
 2     A.      No.
 3     Q.      Okay.
 4             Directing your attention to line 100,
 5     please.  It says, "And they both start
 6     walking towards him to speak to him?
 7             "Yes.
 8             "Was he swinging the shovel or
 9     raising the shovel or is he (inaudible)."
10             Your answer, on 103, line 103 is, "He
11     raised the shovel and then he started
12     swinging, you know.  I don't know if he would
13     have hit him.  He probably would have.  I'm
14     saying, you know, because he is angry, very
15     angry, very angry."
16             Looking at that statement there, does
17     that refresh your memory about him raising
18     the shovel, when you saw that?
19     A.      Yes.  I remember him bringing it up
20     from the side, going like this, with the
21     shovel.
22     Q.      And you are kind of pointing?
23     A.      Pointing towards the officer.  But to
24     say that he was -- he wasn't swinging it
25     around his head or anything.  I just remember
```

```
 1          him bringing it up from the side and pointing
 2          it.
 3     Q.        He was pointing it at the officer?
 4     A.        Officers.
 5     Q.        And I think we went through a section
 6          a moment ago that said the -- at least one of
 7          the officers was on the median between the
 8          curb and sidewalk?
 9     A.        Mm-hmm.
10     Q.        And the sidewalk divided him from
11          Wayne; that is your memory?
12     A.        Yes.
13     Q.        Is that while the shovel was being
14          pointed at the officer?
15     A.        Gosh, I can't say yes or no to that.
16     Q.        Directing your attention to line 115.
17          Detective: "Okay, so you see him waving the
18          shovel and you are assuming that he would
19          have hit them if he was close enough?"
20              Your answer, "He probably would have,
21          yeah."  Do you see that?
22     A.        Yes.
23     Q.        And is that your memory?
24     A.        Yeah, I would say so.
25     Q.        Go to 158.  Detective: "And just
                        DEPOS UNLIMITED
                        DEPOS2@GMAVT.NET
```

```
 1    Q.     And that was closer in time than
 2    today, right, when you gave the statement to
 3    Detective Hemond?
 4    A.     I don't understand what you are
 5    saying.
 6    Q.     Sorry.  When you gave the statement
 7    to Detective Hemond, you had just seen what
 8    happened?
 9    A.     Yes.
10    Q.     So now, years later, you might either
11    forget or misremember some details, is that
12    fair to say?
13    A.     I guess, yes.
14    Q.     So what is probably more accurate is
15    what is in the actual statement you gave that
16    evening, that is true?
17           MR. ADLER:  Objection.
18    A.     I really don't know.
19    Q.     You told me before what you said to
20    Detective Hemond was true?
21    A.     Yes.
22    Q.     Both today you told me that, right?
23    A.     Yes.
24    Q.     And in the affidavit from last
25    summer, when you signed it, is that correct?
              DEPOS UNLIMITED
              DEPOS2@GMAVT.NET
```

Page 34

```
 1     A.     Yes.
 2     Q.     And you listened to the statement
 3     beforehand, and that is true, correct?
 4     A.     Yes.
 5     Q.     So directing your attention to line
 6     154, please. Detective says, "Okay. So when
 7     you say he had the shovel up, you said before
 8     he had it kind of down at his side. When he
 9     picked the shovel up, you mean he picked up
10     like similar to a baseball bat method?"
11            Answer, "Yeah, yeah, yeah, like he
12     was gonna you know, he probably would have
13     hit him.
14            "And just from the way he was holding
15     the shovel, did it appear to you that he was
16     going to hit them with the shovel?
17            "Yeah, yeah."
18            Do you recall that being the way he
19     was acting at that time?
20     A.     Well, I have to say yes, but you have
21     to stop and think, this is when he was shot,
22     you know, this happened. I just seen my son
23     shot down.
24     Q.     I understand.
25     A.     And which I was very upset and
```

```
 1    everything.  So I can't say that baseball bat
 2    method, you know.
 3        Q.    What you are remembering today is he
 4    was jabbing?
 5        A.    Yes.  I mean, this is all when he
 6    just got shot.  So I mean, my --
 7        Q.    You had a lot of things you were
 8    thinking about, that is true.
 9        A.    I just don't -- you know.
10        Q.    No, I understand.
11              Is it fair to say this is a very
12    stressful incident, obviously?
13        A.    Oh, yes.
14        Q.    And you are sort of recounting it as
15    you are thinking about it, is that fair to
16    say?
17        A.    Yes.
18        Q.    Still in the heat of the moment?
19        A.    Yeah.
20        Q.    And under the stress of the event?
21        A.    Yes.
22        Q.    Now, directing your attention to line
23    208, please.  As usual, I will have you go
24    two lines above, to 206.
25              Detective:  "He went towards them with
```

```
 1    the shovel up, raised?
 2              Answer:  "Yeah, yeah.  And, you
 3    know, (inaudible.)
 4              Then the detective asks, "If I  was
 5    coming towards you in that manner, do you
 6    think, would you have thought I was going to
 7    hit you with something like that?"
 8              Answer, "Oh, yeah, I think so."
 9              Is that --
10    A.        Yes.
11    Q.        That is what you thought -- let me
12    ask a better question; sorry.  That is what
13    you recall happening?
14    A.        Yes.
15    Q.        Now, when Wayne starts jabbing or
16    poking the shovel, as you recall it, is he
17    closer to one officer than the other?
18    A.        I don't recall that.
19    Q.        And do you recall when it is that
20    Officer Thibault leaves where you are, and
21    goes down towards the sidewalk area that you
22    had mentioned he went down towards?
23    A.        This is before Wayne came downstairs?
24    Q.        Well, I don't know if it's before or
25    after.  Was Officer Thibault still talking to
```

Page 38

```
 1      Q.      From where the driveway intersects
 2      the sidewalk, is that right?
 3      A.      Right.
 4              MR. ADLER:  Objection.
 5              MR. COFFIN:  I am looking at you;
 6      you don't have to tell me; was that an
 7      objection to the form?
 8              MR. ADLER:  Right.
 9      Mischaracterizing her past testimony.
10      She said by the driveway, and you said a
11      ways down the sidewalk.
12
13  BY MR. COFFIN:
14      Q.      You said he was on the sidewalk?
15      A.      Sidewalk, yes.
16      Q.      Was he -- how far down the sidewalk
17      from the driveway was Wayne when he was shot?
18      A.      I can't say how far he was.  I know
19      he was on the sidewalk.
20      Q.      Do you recall -- what do you recall
21      about the sequencing of the gunshots?
22      A.      The only thing that I remember was,
23      like I said, they asked him to put the shovel
24      down, put the shovel down.  Next thing I
25      knew, I heard, bang, bang, bang, bang.
```