# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

------------------------------------
ESTATE OF WAYNE BRUNETTE, by )
BARBARA BRUNETTE, as personal )
representative and administratrix)
of the ESTATE OF WAYNE BRUNETTE,)
and BARBARA BRUNETTE, )
individually, )
      Plaintiffs, )
  vs. ) 215-cv-61
CITY OF BURLINGTON, VERMONT; )
CITY OF BURLINGTON POLICE )
DEPARTMENT; CHIEF MICHAEL )
SCHIRLING, in his individual )
and official capacities, CPL. )
ETHAN THIBAULT, in his )
individual and official )
capacities; CPL. BRENT NAVARI, )
in his individual and official )
capacities, )
      Defendants. )
------------------------------------

DEPOSITION OF BARBARA DAVISON
taken on September 12, 2016, at 10:58
at the offices of Kirkpatrick &
Goldsborough, South Burlington, Vermont.

APPEARANCES:
STEVEN A. ADLER, ESQ., of the firm of Adler &
McCabe, St. Johnsbury, Vermont, on behalf of the
plaintiffs;
JENNIFER MCDONALD, ESQ., of the firm of Downs,
Rachlin & Martin, Burlington, Vermont, on behalf
of the defendants.

Reported by:   Christina L. Boerner, RPR
                DEPOS UNLIMITED
                P.O. BOX 4595
           BURLINGTON, VERMONT 05406
              802-658-1188
             depos2@gmavt.net

Page 111

```
 1      Little, and Larry and Dolly.  I'm not
 2      positive.
 3         Q.       Sonny Little?
 4         A.       Yes.  Lives across the street.  What
 5      do they call him?
 6         Q.       You call him Sonny?
 7         A.       Ray.  Ray Little.
 8         Q.       Does he also go by "Sonny"?
 9         A.       Sonny is his nickname.  It's what
10      everybody calls him.
11         Q.       Except the attorneys, apparently.
12         A.       Yeah.
13         Q.       So as far as the incident itself, and
14      I don't want to dwell on it too much, because
15      I think it's a difficult subject for you; so
16      I think my only question is going to be, I
17      will say that now, the primary question is,
18      you weren't there at the time of the
19      incident, correct?
20         A.       Correct.
21         Q.       So you don't have personal knowledge
22      about what was said or what transpired during
23      the incident --
24         A.       First hand.
25         Q.       -- first hand?
```

DEPOS UNLIMITED
DEPOS2@GMAVT.NET

Page 112

1   A.      Correct.
2   Q.      So the information that you and that
3   the estate has is based on what other
4   witnesses have told you, correct?
5   A.      Correct.
6   Q.      Okay. Wayne had a history of being
7   armed at the house, of saying that he wanted
8   to be armed at the house, be it the pipe
9   bombs; the guns; the baseball bat. Correct?
10              MR. ADLER: Objection.
11  A.      No. The baseball bat was a baseball
12  bat. The kids played softball. We played
13  ball with the kids. Actually used it to play
14  ball with the dogs all the time, in the back
15  yard. It wasn't a weapon.
16  Q.      Didn't -- in 2001 or 2003 he told
17  doctors that he was always armed and ready to
18  defend himself?
19              MR. ADLER: Objection.
20  A.      Which is --
21              MR. ADLER: Go ahead.
22  A.      Which is untrue. He had a gun for
23  not very long before he was arrested. And he
24  never had guns for many, many years. There
25  was no weapons in our house.
                DEPOS UNLIMITED
                DEPOS2@GMAVT.NET