# ATTACHMENT 2

