# EXHIBIT A



# BURLINGTON POLICE DEPARTMENT
1 North Avenue
Burlington, Vermont 05401

Michael E. Schirling
Chief of Police

Telephone (802) 658-2704
Fax (802) 865-7579
T.D.D. (802) 658-2700

## CITIZEN'S COMPLAINT ADMINISTRATIVE COVER SHEET

Date Received __6-30-09__ Complainant __[redacted]__

Intake Supervisor __BRUR__ Incident Date & Time __6-25-09__

Location of Incident __City Hall Park__

Officer(s) Involved __Thibault__

Description of Complaint: __Complainant of using OC spray without justification. - D.C. Arrest in City Hall Park__

Incident Category: __Use of Force__

Date Initial Letter Sent to Complainant __Verbal - 6-30-09__

Assigned Investigator __Duffy__ BIA # _____ (Admin. Review)

Reviewing Supervisor __Duffy__ Date __8-10-09__

Date Closed with Employee(s) __8-10-09__ Disposition __Non-Sustained__

Date Closure Letter Sent to Complainant __N/A - Transient - no address__

Use of force appeared to be OK, upon review no violation to policies or procedures. Suspect appeared in court on 8-4-09 for arraignment.

D#151
8/24/09

"We are committed to policing with the Citizens of Burlington to achieve a safe, healthy and self-reliant community."

## CITIZEN'S COMPLAINT ADMINISTRATIVE COVER SHEET

Date Received __06/30/2009__ Complainant __▮▮▮▮▮__

Intake Supervisor Sgt Baur  Incident Date & Time 06/25/2009 @ 1616

Location of Incident __City hall Park 2009-14453__

Officer(s) Involved __Cpl Thibault, ▮▮▮▮▮__

Description of Complaint:
Complainant called on 06/30 at about 1100 interested in filling a complaint on Cpl Thibault. He told me that last Thursday he was in City Hall Park and was sprayed with pepper spray by Cpl Thibault for no reason. He told me that he has areas of injury on his wrists from the cuffs being too tight and that he was brought to the hospital and left there for some time. He told me that Officer Cousins showed up at the hospital and issued him a citation for DC.

He claimed to have no idea why this occurred to him and felt that he should not have been sprayed. I told him that I needed to look at the report and would call him back. After reading the report I called him. We did not discuss the incident in this call however I invited him to the PD if he were interested in filing a complaint. He seemed hesitant to do this so I asked him what he was looking for from this call and he told me that he wanted the charge dropped. I explained to him that the charge would stand as is but again invited him in to file a complaint if he wished. He told me that he would be in either later today or tomorrow. I gave him my name and schedule and told him that I would meet with him then. He would not commit to a time he may come in. he told me that Cpl Glynn arrived after he had been sprayed.

Incident Category:

Date Initial Letter Sent to Complainant _____

Assigned Investigator _____  BIA # _____ / Admin. Review

Reviewing Supervisor _____  Date _____

Date Closed with Employee(s) _____  Disposition _____

Date Closure Letter Sent to Complainant _____

"We are committed to policing with the Citizens of Burlington to achieve a safe, healthy and self-reliant community."

| | | |
|---|---|---|
| Form No. 332<br>Citation | **STATE OF VERMONT**<br>**District Court of Vermont**<br>**CITATION** | 09-14453<br>County CHITTENDEN |

TO [redacted]

DOB 4/23/75

BY THE AUTHORITY OF THE STATE OF VERMONT, you are hereby ordered to appear before a Judicial Officer at the District Court of Vermont, at the following time and place:

| Date | Time | Unit | Circuit |
|---|---|---|---|
| 8/4/09 | 08:15 am | 11 | CHITTENDEN |

| Town/City | County | to answer to the charge of |
|---|---|---|
| BURLINGTON | CHITTENDEN | |

Offense: DISORDERLY CONDUCT

An information charging you with this offense will be presented at the time of your appearance.

**IF YOU DO NOT APPEAR AT THE TIME AND PLACE ORDERED, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOU MAY BE SUBJECT TO ADDITIONAL CHARGES AND PENALTIES.**

| Date Issued: 6/25/09 | Town/City BURLINGTON | County CHITTENDEN |
|---|---|---|
| Signature - Issuing Officer [signature] #684 for Ofc. Thibault | Title/Dept. OFC / BURLINGTON PD | |
| I received this Citation on: | Date 6/25/09 | Signature - Defendant Explained at FAHC ER |

R SM 7/96 V.C.I.
White - Court's Copy    Yellow - Officer's Copy    Pink - Defendant's Copy

DEF-00000764

BURLINGTON POLICE DEPARTMENT SUPPLEMENTAL AFFIDAVIT

Officer Michael Longevin

CASE #: 09-14453

1. On 6/25/09 at 16:16, Cpl. Thibault and I were clearing from a report of a possibly intoxicated juvenile. Upon clearing from the area, Cpl. Thibault witnessed a male lying on his side on a park bench on the east side of the park. The male was sleeping. Cpl. Thibault attempted to wake the male up verbally several times to check on him, but the male was unresponsive. Thibault then attempted to wake the male up by shaking his right arm. The male woke up and was agitated with the fact that Thibault was trying to wake him up. Cpl. Glynn, who was standing on the other side of the park, later advised me that the male's name was ▮▮▮▮▮▮

2. ▮▮▮▮ stated "Fuck you. Leave me alone." ▮▮▮▮ immediately got up from the bench and stumbled before proceeding westbound across the park. Thibault advised the male to stop so that we could talk with him, but the male was uncooperative. ▮▮▮▮ continued to make his way across the park and away from Thibault. Thibault and I spoke with Cpl. Glynn who advised that he had dealt with the male before for intoxication.

3. ▮▮▮▮ met with several youths who were gathered on a park bench in the center of the park. Thibault and I approached ▮▮▮▮ to advise him that we were taking him into protective custody. I advised ▮▮▮▮ to turn around and that we were taking him into protective custody. ▮▮▮▮ began getting agitated and was pacing back and forth. He said "Fuck you, you're not arresting me." I advised ▮▮▮▮ again to turn around and place his hands behind his back. ▮▮▮▮ refused and began to turn to walk away. Thibault advised ▮▮▮▮ multiple times to comply. ▮▮▮▮ refused to comply. Thibault sprayed OC into ▮▮▮▮'s eyes. ▮▮▮▮ immediately stopped and stood still. I handcuffed ▮▮▮▮ while he was standing and compliant and double-locked. ▮▮▮▮ began yelling vulgarities multiple times. Thibault and I escorted the male to the sidewalk of College St. while Glynn retrieved our police vehicle from Church St. for transport. Thibault searched ▮▮▮▮ for weapons and contraband for transport.

4. Once on the sidewalk, ▮▮▮▮ collapsed to his knees and began yelling "Fuck you, my knee is bad." ▮▮▮▮ stated that he could not stand up because one of his knees was bad. He did not specify which one to me. Thibault asked Bowen what was wrong with it. He advised again that he had bad knees. Burlington Fire Department arrived to assess ▮▮▮▮'s knees. He continued to yell and was attracting attention from multiple bystanders in the park as well as on College St. Thibault stood away from ▮▮▮▮ while Burlington Fire Department assessed his knees. ▮▮▮▮ then advised that his knees were injured because Thibault had pushed him. Burlington Fire Department advised that ▮▮▮▮ appeared to be transportable by police vehicle. ▮▮▮▮ stood up and began hopping on one foot while being escorted by Burlington Fire Department personnel, Glynn, and I. We immediately allowed him to lean against the cruiser to rest his knee. Burlington Fire Department again asked ▮▮▮▮ to explain what had happened to his knees. ▮▮▮▮ advised that they both hurt.

5. Burlington Fire Department transferred ▮▮▮▮ by ambulance to Fletcher Allen for evaluation. Before leaving for the hospital, I asked ▮▮▮▮ while in the back of the ambulance, if he wanted ▮▮▮▮, a female that had arrived on scene that knew him, to take possession of the property that was removed from his person during Thibault's search. ▮▮▮▮ was still agitated, but advised that he wanted ▮▮▮▮ to take the items. I turned over all items retrieved from his person to ▮▮▮▮. We cleared from the scene following this.

(Affiant) _Michael Longevin_

Subscribed and sworn to me before on  6/25/09 , at Burlington

_[signature]_ 227

Notary Public (expires 02/10/11)

BURLINGTON POLICE DEPARTMENT
AFFIDAVIT OF PROBABLE CAUSE FOR ARREST

STATE OF VERMONT) SS.
COUNTY OF CHITTENDEN)

Now comes Corporal Ethan A. Thibault, affiant, being duly sworn and on oath deposes and says he has probable cause to believe that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, herein after referred to as Defendant, has committed the crime of Disorderly Conduct, in violation of Title 23 V.S.A 1026.

1. On 6/25/09 at approximately 1600 hours, I was in City Hall Park with Cpl. Glynn and Ofc. Longevin investigating a report of an intoxicated juvenile. While the other officers were investigating, I observed the Defendant lying down on a park bench facing the backrest. I approached the subject and said, "Sir, Sir". The subject's eyes were closed and he did not respond. I announced again stating, "Sir, are you ok?" I stated this one more time while shaking his left shoulder.

2. At that time, the Defendant jumped up and began yelling but I wasn't sure what he was saying. I immediately detected a strong odor of intoxicants. He began walking quickly from me, turning around, and pacing back and forth. I asked his if he was okay and requested him to come speak to me. He continued yelling something about sleep. I asked Cpl. Glynn if he knew the subject and he advised he knew him as ▮▮▮▮▮▮▮▮▮. I asked the Defendant to relax and to come speak with me. He ignored me and walked to another park bench and began speaking with several other subjects. The Defendant was unbalanced and swayed while he was standing still. He continued to yell and raise his arms shaking them in exclamation.

3. I advised Ofc. Longevin that we would be taking the Defendant into protective custody. I then advised the Defendant that we would be placing him into protective custody. He then yelled something about jail. Ofc. Longevin then began to explain the protective custody procedure to the Defendant. I then advised the Defendant that he was now in protective custody. Ofc. Longevin ordered the Defendant to turn around twice. The Defendant ignored the officer and fumbled with a bag of cigarette tobacco. I then ordered the Defendant to drop the bag and to turn around and place his hands behind his back. The Defendant ignored my order. I then pointed a bottle of OC spray toward the Defendant and ordered him to turn around again. The Defendant yelled, "Go ahead and mace me." I ordered the Defendant to turn around one last time. The Defendant didn't move. I then sprayed the Defendant's face with OC. I then secured the Defendant right arm and placed it behind his back. Ofc. Longevin then took control of the Defendant's left arm and placed him in handcuffs.

4. Ofc. Longevin and I then began to escort the Defendant toward the intersection of College St. and St. Paul St. where Cpl. Glynn had parked our patrol vehicle. I stopped the Defendant in the northwest corner of the park where I searched him for weapons. All throughout this process, and the process of escorting the Defendant, he yelled, attracting the attention of multiple park patrons. The Defendant yelled things such as, "Fuck you, you fucking faggot, who fucking maced me?, fuck you, I'll have your fucking job, call my fucking lawyer"

5. After searching the Defendant, we began to escort him across the sidewalk to the patrol vehicle. Once stepping onto the concrete, the Defendant collapsed toward the ground. I told him to get up and I attempted to pull him upward. He then yelled, "my fucking knee, I have a bad knee." I allowed the Defendant to stay where he was and Cpl. Glynn contacted rescue at my request. The Defendant continued to yell, "Fuck you, fuck you, I'll have your job, you maced me for no fucking reason". On two occasions, the Defendant began to kick but did not strike anyone. The Defendant also spat multiple times in between yelling. While on the ground, Cpl. Glynn poured water on the Defendant's face in an attempt to decontaminate him. Cpl. Glynn also read the Defendant the OC spray administrative warning. Burlington Fire Dept. personnel responded to the scene. The Defendant continued to yell at rescue personnel, demanding to know who the "tall blond faggot" was who "maced" him. After approximately five minutes of rescue personnel trying to reason with the Defendant, the Defendant complied enough to be placed in an ambulance and was transported to the emergency room.

6. At approximately 1800 hours, the Defendant was issued a citation for disorderly conduct by Ofc. Cousins.

(Affiant) _[signature]_

Subscribed and sworn to me before on __6/29/09__, at Burlington

_[signature]_
Notary Public (expires 02/10/11)

BURLINGTON POLICE DEPARTMENT
AFFIDAVIT OF PROBABLE CAUSE FOR ARREST

STATE OF VERMONT) SS.
COUNTY OF CHITTENDEN)

Now comes Corporal Ethan A. Thibault, affiant, being duly sworn and on oath deposes and says he has probable cause to believe that [REDACTED] herein after referred to as Defendant, has committed the crime of Disorderly Conduct, in violation of Title 23 V.S.A. 1026.

1. On 6/25/09 at approximately 1600 hours, I was in City Hall Park with Cpl. Glynn and Ofc. Longevin investigating a report of an intoxicated juvenile. While the other officers were investigating, I observed the Defendant lying down on a park bench facing the backrest. I approached the subject and said, "Sir, Sir". The subject's eyes were closed and he did not respond. I announced again stating, "Sir, are you ok?" I stated this one more time while shaking his left shoulder.

2. At that time, the Defendant jumped up and began yelling but I wasn't sure what he was saying. I immediately detected a strong odor of intoxicants. He began walking quickly from me, turning around, and pacing back and forth. I asked his if he was okay and requested him to come speak to me. He continued yelling something about sleep. I asked Cpl. Glynn if he knew the subject and he advised he knew him as [REDACTED]. I asked the Defendant to relax and to come speak with me. He ignored me and walked to another park bench and began speaking with several other subjects. The Defendant was unbalanced and swayed while he was standing still. He continued to yell and raise his arms shaking them in exclamation.

3. I advised Ofc. Longevin that we would be taking the Defendant into protective custody. I then advised the Defendant that we would be placing him into protective custody. He then yelled something about jail. Ofc. Longevin then began to explain the protective custody procedure to the Defendant. I then advised the Defendant that he was now in protective custody. Ofc. Longevin ordered the Defendant to turn around twice. The Defendant ignored the officer and fumbled with a bag of cigarette tobacco. I then ordered the Defendant to drop the bag and to turn around and place his hands behind his back. The Defendant ignored my order. I then pointed a bottle of OC spray toward the Defendant and ordered him to turn around again. The Defendant yelled, "Go ahead and mace me." I ordered the Defendant to turn around one last time. The Defendant didn't move. I then sprayed the Defendant's face with OC. I then secured the Defendant right arm and placed it behind his back. Ofc. Longevin then took control of the Defendant's left arm and placed him in handcuffs.

4. Ofc. Longevin and I then began to escort the Defendant toward the intersection of College St. and St. Paul St. where Cpl. Glynn had parked our patrol vehicle. I stopped the Defendant in the northwest corner of the park where I searched him for weapons. All throughout this process, and the process of escorting the Defendant, he yelled, attracting the attention of multiple park patrons. The Defendant yelled things such as, "Fuck you, you fucking faggot, who fucking maced me?, fuck you, I'll have your fucking job, call my fucking lawyer"

5. After searching the Defendant, we began to escort him across the sidewalk to the patrol vehicle. Once stepping onto the concrete, the Defendant collapsed toward the ground. I told him to get up and I attempted to pull him upward. He then yelled, "my fucking knee, I have a bad knee." I allowed the Defendant to stay where he was and Cpl. Glynn contacted rescue at my request. The Defendant continued to yell, "Fuck you, fuck you, I'll have your job, you maced me for no fucking reason". On two occasions, the Defendant began to kick but did not strike anyone. The Defendant also spat multiple times in between yelling. While on the ground, Cpl. Glynn poured water on the Defendant's face in an attempt to decontaminate him. Cpl. Glynn also read the Defendant the OC spray administrative warning. Burlington Fire Dept. personnel responded to the scene. The Defendant continued to yell at rescue personnel, demanding to know who the "tall blond faggot" was who "maced" him. After approximately five minutes of rescue personnel trying to reason with the Defendant, the Defendant complied enough to be placed in an ambulance and was transported to the emergency room.

6. At approximately 1800 hours, the Defendant was issued a citation for disorderly conduct by Ofc. Cousins.

(Affiant) [signature]

Subscribed and sworn to me before on  6/29/09  , at Burlington

[signature]
Notary Public (expires 02/10/11)

**Decker, Walter C.**

| | |
|---|---|
| **From:** | Schirling, Michael E. |
| **Sent:** | Monday, June 29, 2009 7:27 PM |
| **To:** | Joe Reinert |
| **Cc:** | Decker, Walter C.; Higbee, Andi L. |
| **Subject:** | Re: complaint call |

Received
We will take a look

On Jun 29, 2009, at 19:01, "Joe Reinert"
<JReinert@ci.Burlington.vt.us> wrote:

> Mike - welcome back (hopefully you were able to actually leave?).
> Got a
> call from a man named ▮▮▮▮▮ who said he was sleeping in City
> Hall park last Thurs, was woken up by and Officer Tribault, and said
> he then rolled a cigarette and was "maced" by the Officer without any
> cause.  He ended up going to the hospital in cuffs and given a
> Disorderly citation.
> His address is ▮▮▮▮▮ and phone # ▮▮▮▮▮.
>
> I said we normally refer complaints about officers to the Police
> Chief.
> He said he would call tomorrow but I'm passing along as an FYI.
>
> Joe
>

1

Incident Number: 2009-00014453 ORI: VT0040100 Document Description: Longevin.sup

On 6/25/09 at 16:16, Cpl. Thibault and I were clearing from a report of a possibly intoxicated juvenile. Upon clearing from the area, Cpl. Thibault witnessed a male lying on his side on a park bench on the east side of the park. The male was sleeping. Cpl. Thibault attempted to wake the male up verbally several times to check on him, but the male was unresponsive. Thibault then attempted to wake the male up by shaking his right arm. The male woke up and was agitated with the fact that Thibault was trying to wake him up. Cpl. Glynn, who was standing on the other side of the park, later advised me that the male's name was ▇▇▇▇.

▇▇▇▇ stated "Fuck you. Leave me alone." Bowen immediately got up from the bench and stumbled before proceeding westbound across the park. Thibault advised the male to stop so that we could talk with him, but the male was uncooperative. ▇▇▇▇ continued to make his way across the park and away from Thibault. Thibault and I spoke with Cpl. Glynn who advised that he had dealt with the male before for intoxication.

▇▇▇▇ met with several youths who were gathered on a park bench in the center of the park. Thibault and I approached ▇▇▇▇ to advise him that we were taking him into protective custody. I advised ▇▇▇▇ to turn around and that we were taking him into protective custody. ▇▇▇▇ began getting agitated and was pacing back and forth. He said "Fuck you, you're not arresting me." I advised ▇▇▇▇ again to turn around and place his hands behind his back. ▇▇▇▇ refused and began to turn to walk away. Thibault advised ▇▇▇▇ multiple times to comply. ▇▇▇▇ refused to comply. Thibault sprayed OC into ▇▇▇▇'s eyes. ▇▇▇▇ immediately stopped and stood still. I handcuffed ▇▇▇▇ while he was standing and compliant and double-locked. ▇▇▇▇ began yelling vulgarities multiple times. Thibault and I escorted the male to the sidewalk of College St. while Glynn retrieved our police vehicle from Church St. for transport. Thibault searched ▇▇▇▇ for weapons and contraband for transport.

Once on the sidewalk, ▇▇▇▇ collapsed to his knees and began yelling "Fuck you, my knee is bad." ▇▇▇▇ stated that he could not stand up because one of his knees was bad. He did not specify which one to me. Thibault asked ▇▇▇▇ what was wrong with it. He advised again that he had bad knees. Burlington Fire Department arrived to assess ▇▇▇▇'s knees. He continued to yell and was attracting attention from multiple bystanders in the park as well as on College St. Thibault stood away from ▇▇▇▇ while Burlington Fire Department assessed his knees. ▇▇▇▇ then advised that his knees were injured because Thibault had pushed him. Burlington Fire Department advised that ▇▇▇▇ appeared to be transportable by police vehicle. ▇▇▇▇ stood up and began hopping on one foot while being escorted by Burlington Fire Department personnel, Glynn, and I. We immediately allowed him to lean against the cruiser to rest his knee. Burlington Fire Department again asked ▇▇▇▇ to explain what had happened to his knees. ▇▇▇▇ advised that they both hurt.

Burlington Fire Department transferred ▇▇▇▇ by ambulance to Fletcher Allen for evaluation. Before leaving for the hospital, I asked ▇▇▇▇, while in the back of the ambulance, if he wanted ▇▇▇▇ a female that had arrived on scene that knew him, to take possession of the property that was removed from his person during Thibault's search. ▇▇▇▇ was still agitated, but advised that he wanted ▇▇▇▇ to take the items. I turned over all items retrieved from his person to ▇▇▇▇. We cleared from the scene following this.

Incident Number: 2009-00014453 ORI: VT0040100 Document Description: Longevin.sup

On 6/25/09 at 16:16, Cpl. Thibault and I were clearing from a report of a possibly intoxicated juvenile. Upon clearing from the area, Cpl. Thibault witnessed a male lying on his side on a park bench on the east side of the park. The male was sleeping. Cpl. Thibault attempted to wake the male up verbally several times to check on him, but the male was unresponsive. Thibault then attempted to wake the male up by shaking his right arm. The male woke up and was agitated with the fact that Thibault was trying to wake him up. Cpl. Glynn, who was standing on the other side of the park, later advised me that the male's name was ▆▆▆▆.

▆▆▆▆ stated "Fuck you. Leave me alone." ▆▆▆▆ immediately got up from the bench and stumbled before proceeding westbound across the park. Thibault advised the male to stop so that we could talk with him, but the male was uncooperative. ▆▆▆▆ continued to make his way across the park and away from Thibault. Thibault and I spoke with Cpl. Glynn who advised that he had dealt with the male before for intoxication.

▆▆▆▆ met with several youths who were gathered on a park bench in the center of the park. Thibault and I approached ▆▆▆▆ to advise him that we were taking him into protective custody. I advised ▆▆▆▆ to turn around and that we were taking him into protective custody. ▆▆▆▆ began getting agitated and was pacing back and forth. He said "Fuck you, you're not arresting me." I advised ▆▆▆▆ again to turn around and place his hands behind his back. ▆▆▆▆ refused and began to turn to walk away. Thibault advised ▆▆▆▆ multiple times to comply. ▆▆▆▆ refused to comply. Thibault sprayed OC into ▆▆▆▆'s eyes. ▆▆▆▆ immediately stopped and stood still. I handcuffed ▆▆▆▆ while he was standing and compliant and double-locked. ▆▆▆▆ began yelling vulgarities multiple times. Thibault and I escorted the male to the sidewalk of College St. while Glynn retrieved our police vehicle from Church St. for transport. Thibault searched ▆▆▆▆ for weapons and contraband for transport.

Once on the sidewalk, ▆▆▆▆ collapsed to his knees and began yelling "Fuck you, my knee is bad." ▆▆▆▆ stated that he could not stand up because one of his knees was bad. He did not specify which one to me. Thibault asked ▆▆▆▆ what was wrong with it. He advised again that he had bad knees. Burlington Fire Department arrived to assess ▆▆▆▆'s knees. He continued to yell and was attracting attention from multiple bystanders in the park as well as on College St. Thibault stood away from ▆▆▆▆ while Burlington Fire Department assessed his knees. ▆▆▆▆ then advised that his knees were injured because Thibault had pushed him. Burlington Fire Department advised that ▆▆▆▆ appeared to be transportable by police vehicle. ▆▆▆▆ stood up and began hopping on one foot while being escorted by Burlington Fire Department personnel, Glynn, and I. We immediately allowed him to lean against the cruiser to rest his knee. Burlington Fire Department again asked ▆▆▆▆ to explain what had happened to his knees. ▆▆▆▆ advised that they both hurt.

Burlington Fire Department transferred ▆▆▆▆ by ambulance to Fletcher Allen for evaluation. Before leaving for the hospital, I asked ▆▆▆▆, while in the back of the ambulance, if he wanted ▆▆▆▆, a female that had arrived on scene that knew him, to take possession of the property that was removed from his person during Thibault's search. ▆▆▆▆ was still agitated, but advised that he wanted ▆▆▆▆ to take the items. I turned over all items retrieved from his person to ▆▆▆▆. We cleared from the scene following this.

## Burlington Police Department Subject Management Report

| IncidentNo | Date | Officer | SubjectName | DOB |
|---|---|---|---|---|
| 2009-14453a | 6/25/2009 | THIBAULT | | 4/23/1975 |

| Address | Home Phone | Work Phone | |
|---|---|---|---|
| transient | | | |

### 1. ESCALATION OF FORCE/ INSTRUMENT USED:

| Instrument | Used | Effective? | Yes/No |
|---|---|---|---|
| Verbal Commands | ☑ | Verbal Commands Effective? | ○ Yes ● No |
| Chemical Weapons | ☑ | Chemical Weapons Effective? | ● Yes ○ No |
| Taser Device | ☐ | Taser Device Effective? | ○ Yes ● No |
| Restraint Techniques | ☐ | Restraint Techniques Effective? | ○ Yes ● No |
| Impact Weapon | ☐ | Impact Weapon Effective? | ○ Yes ● No |

PR-24 ○ Yes ● No   MEB ○ Yes ● No   MDTS ● Yes ○ No

Other ○ Yes ● No   Other Description

| Tire Deflation Device | ☐ | Tire Deflation Device Effective? | ○ Yes ● No |
| FireArm | ☐ | Fire Arm Effective? | ○ Yes ● No |

### 2. ACTIONS OF SUSPECT:

Cooperative ☐    Active Resistant ☑    Armed with Weapon ☐
Passive Resistant ☑    Assaultive ☐    Describe Weapon

### 3. REASON FOR USE OF FORCE:

Necessary to effect Arrest ☑   Necessary in defense of another ☐   Investigative detention ☐
Necessary in defense of self ☐   Necessary for protective custody ☑

### 4. MEDICAL DISPOSITION OF SUSPECT:

Unnecessary ☐   Eye Wash ☑
Medical Attention ☑   Hospitalization ☐

### 5. DISPOSITION OF SUSPECT:

Citation/VCO/VTC ☐   Flash Cited ☐   Released ☐
Lodged ☐   Medical-Psychiatric Evaluation ☐   Act One ☐

### 6. MEDICAL DISPOSITION OF OFFICER:

Unnecessary ☐   Eye Wash ☑
Medical Attention ☐   Hospitalization ☐

**7. Supp Report:** On 6/25/09 at approx. 1600 hours, I was in City Hall park with Cpl. Glynn and Ofc. Longevin investigating a report of an intoxicated juvenile. While the other officers

**Officers Present:** Longevin, Glynn

**Witnesses:**

---

**Supervisor:** DUFFY    ○ Approved    I have reviewed this incident and have concluded that the officer's actions were in compliance with the Use of Force Policy.

On 6/25/09 at approx. 1600 hours, I was in City Hall park with Cpl. Glynn and Ofc. Longevin investigating a report of an intoxicated juvenile. While the other officers were investigating, I observed the Defendant lying down on a park bench facing the back rest. I approached the subject and said, "Sir, Sir". The subject's eyes were closed and he did not respond. I announced again stating, "Sir, are you ok.?". I stated this once more time while shaking his left shoulder.

At that time, the Defendant jumped up and began yelling but I wasn't sure what he was saying. I immediately detected a strong odor of intoxicants. He began walking quickly from me, turning around, and pacing back and forth. I asked his if he was okay and requested him to come speak to me. He continued yelling something about sleep I asked Cpl. Glynn if he knew the subject and he advised he knew him as███████. I asked the Defendant, to relax and to come speak with me. He had ignored me and walked to another park bench and began speaking with several other subjects. The Defendant was unbalanced and swayed while he was standing still. He continued to yell and raise his arms shaking them in exclamation.

I advised Ofc. Longevin that we would be taking the Defendant into protective custody. I then advised the Defendant that we would be placing him into protective custody. He then yelled something about jail. Ofc. Longevin then began to explain to his something about protective custody. I then advised the Defendant that he was now in protective custody. Ofc. Longevin ordered the Defendant to turn around twice. The Defendant ignored the officer and fumbled with a bag of cigarette tobacco. I then ordered the Defendant to drop the bag and to turn around and place his hands behind his back. The Defendant ignored my order. I then pointed a bottle of OC spray toward the Defendant and ordered him to turn around again. The Defendant yelled, "Go ahead and mace me." I ordered the Defendant to turn around one last time. The Defendant didn't move. I then sprayed the Defendant's face with OC. I then secured the Defendant right arm and placed it behind his back. Ofc. Longevin then took control of the Defendant's left arm and placed him in handcuffs.

Ofc. Longevin and I then began to escort the Defendant toward the intersection of College St. and St. Paul St. where Cpl. Glynn had parked our patrol vehicle. I stopped the Defendant in the north west corner of the park where I search him for weapons. All throughout this process, and the process of escorting the Defendant, he yelled attracting the attention of multiple park patrons. The Defendant yelled things such as, "Fuck you, you fucking faggot, who fucking maced me, fuck you, I'll have your fucking job, call my fucking lawyer"

After searching the Defendant, we began to escort him across the sidewalk to the patrol vehicle. Once stepping onto the concrete, the Defendant collapsed toward the ground. I told him to get up and I attempted to pull him upward. He then yelled, "my fucking knee, I have a bad knee." I allowed the Defendant to stay where he was and Cpl. Glynn contacted rescue at my request. The Defendant continued to yell, "Fuck you, fuck you, I'll have your job". On two occasions, the Defendant began to kick but did not strike anyone. The Defendant also spat multiple time in between yelling. While on the ground,

Cpl. Glynn poured water on the Defendant's face in an attempt to decontaminate him. Cpl. Glynn also read the Defendant the OC spray administrative warning. Burlington Fire Dept. personnel responded to the scene. The Defendant continued to yell at rescue personnel demanding to know who the "tall blond faggot" was who "maced" him. After approximately five minutes of rescue personnel trying to reason with the Defendant, the Defendant complied enough to be placed in an ambulance and transported to the emergency room.

At approximately 1800 hours, the Defendant was issued a citation for disorderly conduct by Ofc. Cousins.

### Burlington Police Department Subject Management Report

| IncidentNo | Date | Officer | SubjectName | DOB |
|---|---|---|---|---|
| 2009-14453b | 6/25/2009 | LONGEVIN | | 4/23/1975 |

| Address | Home Phone | Work Phone |
|---|---|---|
| Transient | | |

**1. ESCALATION OF FORCE/ INSTRUMENT USED:**

- Verbal Commands ☑ — Verbal Commands Effective? ○ Yes ● No
- Chemical Weapons ☐ — Chemical Weapons Effective? ○ Yes ● No
- Taser Device ☐ — Taser Device Effective? ○ Yes ● No
- Restraint Techniques ☑ — Restraint Techniques Effective? ● Yes ○ No
- Impact Weapon ☐ — Impact Weapon Effective? ○ Yes ● No
- PR-24 ○ Yes ● No    MEB ○ Yes ● No    MDTS ○ Yes ● No
- Other ○ Yes ● No    Other Description
- Tire Deflation Device ☐ — Tire Deflation Device Effective? ○ Yes ● No
- FireArm ☐ — Fire Arm Effective? ○ Yes ● No

**2. ACTIONS OF SUSPECT:**

- Cooperative ☐    Active Resistant ☑    Armed with Weapon ☐
- Passive Resistant ☑    Assaultive ☐    Describe Weapon

**3. REASON FOR USE OF FORCE:**

- Necessary to affect Arrest ☑    Necessary in defense of another ☐    Investigative detention ☐
- Necessary in defense of self ☐    Necessary for protective custody ☑

**4. MEDICAL DISPOSITION OF SUSPECT:**

- Unneccessary ☐    Eye Wash ☑
- Medical Attention ☑    Hospitalization ☐

**5. DISPOSITION OF SUSPECT:**

- Citation/VCO/VTC ☐    Flash Cited ☐    Released ☐
- Lodged ☐    Medical-Psychiatric Evaluation ☐    Act One ☐

**6. MEDICAL DISPOSITION OF OFFICER:**

- Unneccessary ☑    Eye Wash ☐
- Medical Attention ☐    Hospitalization ☐

**7. Supp Report:** On 6/25/09 at 16:16, Cpl. Thibault and I were clearing from a report of a possibly intoxicated juvenile. Upon clearing from the area, Cpl. Thibault witnessed a male lying

**Officers Present:** Thibault, Glynn

**Witnesses:**

---

**Supervisor:** DUFFY    ○ Approved    I have reviewed this incident and have concluded that the officers' actions were in compliance with the Use of Force Policy.

On 6/25/09 at 16:16, Cpl. Thibault and I were clearing from a report of a possibly intoxicated juvenile. Upon clearing from the area, Cpl. Thibault witnessed a male lying on his side on a park bench on the east side of the park. The male was sleeping. Cpl. Thibault attempted to wake the male up verbally several times to check on him, but the male was unresponsive. Thibault then attempted to wake the male up by shaking his right arm. The male woke up and was agitated with the fact that Thibault was trying to wake him up. Cpl. Glynn, who was standing on the other side of the park, later advised me that the male's name was ▇▇▇▇.

Bowen stated "Fuck you. Leave me alone." ▇▇▇▇ immediately got up from the bench and stumbled before proceeding westbound across the park. Thibault advised the male to stop so that we could talk with him, but the male was uncooperative. ▇▇▇▇ continued to make his way across the park and away from Thibault. Thibault and I spoke with Cpl. Glynn who advised that he had dealt with the male before for intoxication.

▇▇▇▇ met with several youths who were gathered on a park bench in the center of the park. Thibault and I approached ▇▇▇▇ to advise him that we were taking him into protective custody. I advised ▇▇▇▇ to turn around and that we were taking him into protective custody. ▇▇▇▇ began getting agitated and was pacing back and forth. He said "Fuck you, you're not arresting me." I advised ▇▇▇▇ again to turn around and place his hands behind his back. ▇▇▇▇ refused and began to turn to walk away. Thibault advised ▇▇▇▇ multiple times to comply. ▇▇▇▇ refused to comply. Thibault sprayed OC into ▇▇▇▇'s eyes. ▇▇▇▇ immediately stopped and stood still. I handcuffed ▇▇▇▇ while he was standing and compliant and double-locked. ▇▇▇▇ began yelling vulgarities multiple times. Thibault and I escorted the male to the sidewalk of College St. while Glynn retrieved our police vehicle from Church St. for transport. Thibault searched ▇▇▇▇ for weapons and contraband for transport.

Once on the sidewalk, ▇▇▇▇ collapsed to his knees and began yelling "Fuck you, my knee is bad." ▇▇▇▇ stated that he could not stand up because one of his knees was bad. He did not specify which one to me. Thibault asked ▇▇▇▇ what was wrong with it. He advised again that he had bad knees. Burlington Fire Department arrived to assess ▇▇▇▇'s knees. He continued to yell and was attracting attention from multiple bystanders in the park as well as on College St. Thibault stood away from ▇▇▇▇ while Burlington Fire Department assessed his knees. ▇▇▇▇ then advised that his knees were injured because Thibault had pushed him. Burlington Fire Department advised that ▇▇▇▇ appeared to be transportable by police vehicle. ▇▇▇▇ stood up and began hopping on one foot while being escorted by Burlington Fire Department personnel, Glynn, and I. We immediately allowed him to lean against the cruiser to rest his knee. Burlington Fire Department again asked ▇▇▇▇ to explain what had happened to his knees. ▇▇▇▇ advised that they both hurt.

Burlington Fire Department transferred ▇▇▇▇ by ambulance to Fletcher Allen for evaluation. Before leaving for the hospital, I asked ▇▇▇▇, while in the back of the ambulance, if he wanted ▇▇▇▇ a female that had arrived on scene that knew him, to take possession of the property that was removed from his person during Thibault's search.

███ was still agitated, but advised that he wanted ███ to take the items. I turned over all items retrieved from his person to ███ We cleared from the scene following this.

**Burlington Police Department Subject Management Report**

| Incident No | Date | Officer | Subject Name | DOB |
|---|---|---|---|---|
| 2009-14453a | 6/25/2009 | THIBAULT | | 4/23/1975 |

| Address | Home Phone | Work Phone | |
|---|---|---|---|
| transient | | | 1+ |

### 1. ESCALATION OF FORCE/ INSTRUMENT USED:

| | | | |
|---|---|---|---|
| Verbal Commands | ☑ | Verbal Commands Effective? | ○ Yes ○ No |
| Chemical Weapons | ☑ | Chemical Weapons Effective? | ○ Yes ● No |
| Taser Device | ☐ | Taser Device Effective? | ○ Yes ○ No |
| Restraint Techniques | ☐ | Restraint Techniques Effective? | ○ Yes ○ No |
| Impact Weapon | ☐ | Impact Weapon Effective? | ○ Yes ○ No |

PR24 ○ Yes ○ No   MEB ○ Yes ○ No   MDTS ○ Yes ○ No
Other ○ Yes ○ No   Other Description

| Transportation Device | ☐ | Transportation Device Effective? | ○ Yes ○ No |
| Firearm | ☐ | Firearm Effective? | ○ Yes ○ No |

### 2. ACTIONS OF SUSPECT:

| Cooperative | ☐ | Active Resistant | ☑ | Armed with Weapon | ☐ |
| Passive Resistant | ☑ | Assaultive | ☐ | Describe Weapon | |

### 3. REASON FOR USE OF FORCE:

| Necessary to affect Arrest | ☑ | Necessary in defense of another | ☐ | Investigative detention | ☐ |
| Necessary in defense of self | ☐ | Necessary for protective custody | ☑ | | |

### 4. MEDICAL DISPOSITION OF SUSPECT:

| Unnecessary | ☐ | Eye Wash | ☑ |
| Medical Attention | ☑ | Hospitalization | ☐ |

### 5. DISPOSITION OF SUSPECT:

| Citation/VSO/VTC | ☐ | Flash Cited | ☐ | Released | ☐ |
| Lodged | ☐ | Medical/Psychiatric Evaluation | ☐ | Act One | ☐ |

### 6. MEDICAL DISPOSITION OF OFFICER:

| Unnecessary | ☑ | Eye Wash | ☐ |
| Medical Attention | ☐ | Hospitalization | ☐ |

**7. Supp Report:** On 6/25/09 at approx. 1600 hours, I was in City Hall park with Cpl. Glynn and Ofc. Longevin investigating a report of an intoxicated juvenile. While the other officers

**Officers Present** | Longevin, Glynn

**Witnesses**

---

**Supervisor:** DUFFY   ● Approved   I have reviewed this incident and have concluded that the officer's actions were in compliance with the Use of Force Policy.

8-10-09

Mon, Oct 4, 2010  3:27 PM

**Subject: FW: Neighborhood Special and high speed chase**
**Date:** Monday, October 4, 2010 3:05 PM
**From:** Joe Reinert <JReinert@ci.burlington.vt.us>
**To:** "Schirling, Michael E." MSchirling@bpdvt.org
**Conversation:** Neighborhood Special and high speed chase

We could follow up on this, unless it's something you'd rather the PD do?  And I am also resisting a comment about referring the question to a certain other city dept....


Best regards,

Joe Reinert
Assistant to the Mayor
Room 34, City Hall
Burlington, VT 05401
(802) 865-7275
jreinert@ci.burlington.vt.us

Office of Mayor Bob Kiss
http://www.ci.burlington.vt.us/mayor/

---

**From:** Joe Reinert **On Behalf Of** Margaret Ellis-Green
**Sent:** Monday, October 04, 2010 3:00 PM
**To:** Joe Reinert
**Subject:** FW: Neighborhood Special and high speed chase




Best regards,

Joe Reinert
Assistant to the Mayor
Room 34, City Hall
Burlington, VT 05401
(802) 865-7275
jreinert@ci.burlington.vt.us

Office of Mayor Bob Kiss

http://www.ci.burlington.vt.us/mayor/

---

**From:** Margaret Ellis-Green
**Sent:** Thursday, September 30, 2010 2:17 PM
**To:** Joe Reinert; Bob Kiss
**Subject:** Neighborhood Special and high speed chase

███████ called ███████ to complain about the high speed chase yesterday, 9/29, morning on St. Paul Street. Her student was on the bus to Champlain School and witnessed the chase.

Her concern is who is more important students on the way to school or catching drug dealers. Also, what are the City laws regarding high speed chases.

Peggy Ellis-Green

Executive Secretary
Office of the Mayor
City Hall
149 Church Street
Burlington, VT  05401
802-865-7272