UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF WAYNE BRUNETTE by BARBARA BRUNETTE, as Personal Representative and Administratrix of the ESTATE OF WAYNE BRUNETTE, and BARBARA BRUNETTE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT; CITY OF BURLINGTON POLICE DEPARTMENT, CHIEF MICHAEL SCHIRLING, in his Individual and Official Capacities; CPL. ETHAN THIBEAULT; in his Individual and Official Capacities; CPL. BRENT NAVARI, in his Individual and Official Capacities.<br><br>Defendants. | Case No. 2:15-cv-61 |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST CHIEF MICHAEL SCHIRLING, CPL. ETHAN THIBAULT AND CPL. BRENT NAVARI

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiffs hereby dismiss this case against Chief Michael Schirling, Cpl. Ethan Thibault, and Cpl. Brent Navari, with prejudice, without right of appeal, and with each party to bear its own costs and attorney's fees. Defendants stipulate to this dismissal.

April 30, 2019                             ADLER & MCCABE

                                By   /s/ Steven A. Adler
                                     Steven A. Adler
                                     1194 Main Street, Suite 104
                                     P.O. Box 189
                                     St. Johnsbury, Vermont 05819-0189
                                     Telephone: 802-748-8161

1

April 30, 2019                                          KIRKPATRICK & GOLDSBOROUGH
                                                        PLLC


                                                    By  /s/ Richard Goldsborough
                                                        Richard Goldsborough
                                                        Jennifer Agnew
                                                        1233 Shelburne Road Suite E-1
                                                        South Burlington, Vermont 05403
                                                        Telephone: 802-651-0960

                                                        ATTORNEYS FOR PLAINTIFFS



April 30, 2019                                          DOWNS RACHLIN MARTIN PLLC



                                                        By /s/ Tristram J. Coffin
                                                        Tristram J. Coffin
                                                        Jennifer E. McDonald
                                                        199 Main Street
                                                        P.O. Box 190
                                                        Burlington, VT 05402-0190
                                                        Telephone:  802-863-2375
                                                        Fax:  802-862-7512

                                                        ATTORNEYS FOR DEFENDANTS CITY
                                                        OF BURLINGTON, VERMONT; CHIEF
                                                        MICHAEL SCHIRLING, IN HIS
                                                        INDIVIDUAL AND OFFICIAL
                                                        CAPACITIES; CPL. ETHAN THIBAULT;
                                                        IN HIS INDIVIDUAL AND OFFICIAL
                                                        CAPACITIES; CPL. BRENT NAVARI, IN
                                                        HIS INDIVIDUAL AND OFFICIAL
                                                        CAPACITIES.


19215102.1